COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER**

Case number:            01-13-00866-CV

Style:                  In re Texas Windstorm Insurance Association

Original Proceeding on Petition for Writ of Mandamus from *League City v. Texas Windstorm Insurance Association*, No. 12-CV-0053; in the 10ᵗʰ Judicial District Court of Galveston County, Texas.

On October 11, 2013, relator Texas Windstorm Insurance Association filed a petition for writ of mandamus and a motion for emergency stay.

The motion for temporary stay is GRANTED. The two orders of the trial court compelling relator to produce discovery responses by October 9 and 11, 2013 are stayed pending further order of this court. Any party may move the court at any time to reconsider the grant of temporary relief. Tex. R. App. P. 52.10(c).

The court requests that real party in interest respond to both the petition for writ of mandamus and the motion for emergency relief. The responses are due **October 18, 2013**.

It is so ORDERED.


Judge's signature: _/s/_Michael Massengale_
                   Acting individually


Date:    October 11, 2013